ORIGINAL 

| Dilks & Knopik, LLC<br>PO Box 2728<br>Issaquah, WA 98027-0125<br>Ph. 425-836-5728<br>Fx. 425-650-9930 | FOR COURT USE ONLY<br><br>**FILED**<br>MAR 20 2008<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In Re:<br><br>Ronald C. Smith<br><br>Debtor. | CASE NUMBER: LA 03-14548-EC<br>HEARING DATE:<br>TIME:<br>PLACE: |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $5,099.27 which is the sum of all monies deposited with the court on the following date(s) 3-13-07 on behalf of the creditor MBNA America Bank NA on claim number(s) 3.

2. Please check and complete the applicable subparagraph(s) below:

    ☐ a. I am the creditor named in paragraph 1.

    ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____.
    The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

    X c. I am the creditor and have appointed _Dilks & Knopik, LLC_ as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

    ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

    _____
    _____
    _____
    _____

*(continued on next page)*

Motion for Order Releasing Unclaimed Funds – *Page 2*

| In Re: | CHAPTER 7 |
|---|---|
| Ronald C. Smith    Debtor. | CASE NUMBER: LA 03-14548-EC |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   Bank of America Corporation
   525 N. Tyron
   NC1-023-15-01
   Charlotte, NC 28255
   980-386-6592

   b. And a brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   The original dividend check was mailed to MBNA America Bank, NA at PO Box 15168, Wilmington, DE 19850. MBNA America Bank, NA is a subsidiary of MBNA Corporation, as as evidenced by exhibit A. MBNA Corporation merged into Bank of America Corporation, as evidenced by exhibit B. MBNA America Bank, NA is now a subsidiary of Bank of America Corporation, as evidenced by exhibit C.

4. I understand that, pursuant to 18 U.S.C. Section 152, I shall be fined not more than $5,000.00, or imprisoned not more than five years, or both, if I have knowingly or fraudulently made any false statements in this document.

*(continued on next page)*

| | Motion for Order Releasing Unclaimed Funds – *Page 3* |
|---|---|
| In Re: Ronald C. Smith Debtor. | CHAPTER Bank of America Corporation |
| | CASE NUMBER: LA 03-14548-EC |

_____Karen Hartford Polk_____
Creditors Signature

Bank of America – Karen Hartford-Polk
Type or Print Creditor's Name

(affix corporate seal)

525 North Tryon Street
NC1-023-15-01
Charlotte, NC 28255
Creditors Address

704-~~386-6592~~ 387-5985
Creditors Phone

STATE OF <u>North Carolina</u>, COUNTY OF <u>Mecklenburg</u>

On <u>February 25, 2008</u> before me, personally appeared <u>Karen Hartford-Polk, AVP; Recovery Solutions</u>, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public

(SEAL)

My commission expires on __3/28/2009__

| In Re: | CHAPTER 7 |
|---|---|
| Ronald C. Smith    Debtor. | CASE NUMBER: LA 03-14548-EC |

Motion for Order Releasing Unclaimed Funds – *Page 4*

_____
Signature of Attorney-in-Fact

Brian J. Dilks, Managing Member
Type or Print Name

Dilks & Knopik, LLC
Address

P.O. Box 2728

Issaquah, WA 98027

STATE OF WASHINGTON, COUNTY OF KING

On __3\10\08__ before me, personally appeared Brian J. Dilks personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my had and official seal.

(SEAL)

_____
Notary Public

My commission expires on ___July 29, 2010___

Presented by:

_____
_____
_____

| Motion for Order Releasing Unclaimed Funds – *Page 5* | |
|---|---|
| In Re: Ronald C. Smith  Debtor. | CHAPTER 7  CASE NUMBER: LA 03-14548-EC |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on 3/10/2008 I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

Timothy Yoo
Case Trustee
1888 Century Park East, #1500
Los Angeles, CA 90067

Ronald C. Smith
Debtor
730 West 4th Street Unit 217
Long Beach, CA 90802
Bank of America Corporation
AVP; Recovery Solutions
525 N. Tyron, NC1-023-15-01
Charlotte, NC 28255

United States Trustee's Office
725 South Figueroa, 26th Floor
Los Angeles, CA 90017

Pro Se
Debtor Attorney

United States Attorney
312 North Spring Street
Los Angeles, CA 90012

Date: 3/10/2008

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027-0125
(425) 836-5728

# LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I,

**Karen Hartford-Polk, AVP, Recovery Solutions of Bank of America Corporation ("Bank of America")**, acting on behalf of Bank of America hereby appoint **Dilks & Knopik, LLC,** in the person of one of its principal officers, as Bank of America's lawful attorney-in-fact to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds of:

**MBNA America Bank NA in the amount of $5,099.27 from the Central District of California**

held by the United States, by a state, or by an agency or instrumentality of either, hereby revoking all previous powers of attorney in this regard to whomever granted.

Bank of America further grants the attorney authority to do whatever is necessary and proper to recover the aforementioned unclaimed funds only, as fully as it might or could do if acting through its own officers or agents, hereby confirming all that the attorney shall lawfully do or cause to be done. Nevertheless, the attorney shall have no authority to incur any financial obligation or to make any expenditure on behalf of Bank of America, other than an expenditure payable from any sums recovered by virtue of the attorney's actions.

In construing this instrument where the context so requires, the singular includes the plural. This Power of Attorney shall expire 180 days from the date hereof or upon collection of the aforementioned unclaimed funds, if earlier, unless otherwise extended by an amendment, which is attached hereto.

Signed this 25 day of February, 2008

**Bank of America Corporation**

*Karen Hartford-Polk*
**Karen Hartford-Polk**
**APV, Recovery Solutions**

MBNA America Bank NA
C/O Bank of America          Federal Taxpayer ID: 94-1687665

State of North Carolina County of Mecklenburg Date: February 25, 2008

The above-named Karen Hartford-Polk, known to me to be the individual described in and holding the position designated in] the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

Before me: *[signature]*
Notary Public

(Notary Seal)

My commission expires: 3/22/2009

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

RE:                                         )    Case: LA 03-14548-EC
      Ronald C. Smith              )
                                            )    Certificate of Incumbency
      Debtor(s)                    )

I, __Kathy S. Neeley__, __RPA Recovery Mgr__ of
  Name                           Title

Bank of America, hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

1. Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027 has been granted a Power of Attorney by Karen Hartford-Polk, AVP; Recovery Solutions, of Bank of America to submit an Application for Payment of Unclaimed Funds seeking payment in the amount of $5,099.27 due and owing to Bank of America as a creditor in the above referenced bankruptcy case.
2. My name and position with the company is listed above and the address and telephone number are as follows:

(affix corporate seal)

                525 North Tryon Street
                NC1-023-15-01
                Charlotte, NC 28255
                704-386-6592

3. Bank of America have neither previously received remittance for this claim nor have contracted with any other party other than the person named in item one above to recover these funds.
4. Karen Hartford-Polk is the AVP, Recovery Solutions, of Bank of America and is authorized to sign on its behalf for the collection of the said unclaimed funds.

Dated: __2/27/08__    _____
                          Signature of Corporate Officer (other than Karen Hartford-Polk)

STATE OF North Carolina, COUNTY OF Mecklenburg

On __February 27, 2008__ before me, personally appeared (insert name and title of the signer)
__Kathy S. Neeley, RPA__
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my had and official seal.

_____
Notary Public

(SEAL)    My commission expires on __8/28/2009__



ASSOCIATE

Bank of America

Karen H Polk

# AFFIDAVIT OF CREDITOR'S
## Access to claimant's corporate seal

**BE IT ACKNOWLEDGED**, that I, Karen Hartford-Polk, the undersigned deponent, belonging to the legal age, do hereby depose and say under the pains and penalties of perjury as follows:

That I, Karen Hartford-Polk, am the Assistant Vice President of Bank of America Corporation. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables of Bank of America Corporation and its subsidiaries/acquisitions or affiliates. Bank of America Corporation and its subsidiaries/acquisitions or affiliates have recoveries and/or collection of outstanding checks and receivables collected through its Charlotte, NC office. However, I do not have readily access to the Bank of America Corporation corporate seal.

For this reason, it is overly burdensome and, in some cases, may be impossible to provide a corporate seal impression on the documents enclosed in this motion.

I affirm that the foregoing is true, under the penalties of perjury this _13_ day of _April_, 20_07_

_(signature)_
Karen Hartford-Polk Assistant Vice President
Bank of America Corporation
NC1-023-15-01
525 North Tryon Street
Charlotte, NC 28255

STATE OF _NC_ )
COUNTY OF _Mecklenbreg_ )

On this _13_ day of _April_, 20_07_ before me <u>Karen Hartford-Polk</u> personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.
WITNESS my hand and official seal.

_(signature)_
Signature

Affiant: Known _X_ or Produced ID _____
Type of ID _____

My commission expires: _6/25/2011_

## AFFIDAVIT OF CREDITOR'S PREVIOUS ADDRESS

**BE IT ACKNOWLEDGED,** that I Karen Hartford-Polk, the undersigned deponent, belonging to the legal age, do hereby depose and say under the pains and penalties of perjury as follows:

That I, Karen Hartford-Polk, am the AVP; Recovery Solutions of Bank of America Corporation. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables of Bank of America Corporation and its subsidiaries/acquisitions or affiliates. Bank of America Corporation and its subsidiaries/acquisitions or affiliates have numerous branch addresses, business locations, and payment centers. The addresses of which change and/or are eliminated over time.

For this reason, it is overly burdensome, and may be impossible, to provide documentation to verify the specific address of record.

I affirm that the foregoing is true, under the penalties of perjury this 19 day of February 2008

_Karen Hartford-Polk_
Karen Hartford-Polk
AVP; Recovery Solutions
Bank of America Corporation
525 N. Tyron
NC1-023-15-01
Charlotte, NC 28255

STATE OF _NC_ )
COUNTY OF _Mecklenburg_ )

On this 19 day of February, 2008 before me _Karen Hartford-Polk_ personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the with in instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.
WITNESS my hand and official seal.

_signature_
Signature

Affiant: Known ✓ or Produced ID _____
Type of ID _____

My commission expires: 3/28/2009



## LIMITED POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS**, that I,

Jeff Lambert, Vice President of Bank of America N.A. ("Bank of America"), acting on behalf of Bank of America hereby appoint **Karen Hartford Polk**, as Bank of America's lawful attorney-in-fact to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds belonging to Bank of America or any of its entities or predecessors, held by the United States, by a state or local municipality, or by an agency or instrumentality of either, hereby revoking all previous powers of attorney in this regard to whomever granted.

Signed this __1__ day of __November__, 2006

Bank of America N.A.

By _____
Jeff Lambert
Vice President

Affix
Corporate Seal

Bank of America N.A.                           Federal Taxpayer ID 94-1687665

State of <u>North Carolina</u> County of <u>Mecklenburg</u>  __November 1__, 2006

The above-named ____Jeff Lambert____ known to me to be the individual described in [and holding the position designated in] the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

Before me: _____
Notary Public

(Notary Seal)                My commission expires: __10/25/2011__

USA

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

☑ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the Fiscal Year Ended December 31, 2004

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from to

Commission file number 1-10683

## MBNA Corporation
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| Maryland | 52-1713008 |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 1100 North King Street, Wilmington, DE | 19884-0131 |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: (800) 362-6255

Securities Registered Pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, $.01 par value | New York Stock Exchange |
| 7 1/2% Cumulative Preferred Stock, Series A | New York Stock Exchange |
| Adjustable Rate Cumulative Preferred Stock, Series B | New York Stock Exchange |
| MBNA Capital A 8.278% Capital Securities, Series A, guaranteed by MBNA Corporation to the extent described therein | New York Stock Exchange |
| MBNA Capital B Floating Rate Capital Securities, Series B, guaranteed by MBNA Corporation to the extent described therein | New York Stock Exchange |
| MBNA Capital C 8.25% Trust Originated Preferred Securities, Series C, guaranteed by MBNA Corporation to the extent described therein | New York Stock Exchange |
| MBNA Capital D 8.125% Trust Originated Preferred Securities, Series D, guaranteed by MBNA Corporation to the extent described therein | New York Stock Exchange |
| MBNA Capital E 8.10% Trust Originated Preferred Securities, Series E, guaranteed by MBNA Corporation to the extent described therein | New York Stock Exchange |

Securities Registered Pursuant to Section 12(g) of the Act: None

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark, whether the registrant is an accelerated filer (as defined in Exchange Act Rule 12b-2). Yes ☑ No ☐

As of June 30, 2004, the aggregate market value of the voting and non-voting common equity held by non-affiliates of the Registrant calculated by reference to the closing price of the Registrant's common stock as reported on the New York Stock Exchange was $29,714,511,676. As of March 1, 2005, there were outstanding 1,277,671,875 shares of common stock, which is the only class of the Registrant's common stock.

DOCUMENTS INCORPORATED BY REFERENCE

Exhibit A
Page 1 of 2

*Exhibit 21*

**Subsidiaries Of the Corporation**

| Name | Incorporated |
|---|---|
| MBNA America Bank, N.A. | United States |
| MBNA America (Delaware), N.A. | United States |
| MBNA Europe Bank Limited* | United Kingdom |
| MBNA Canada Bank* | Canada |

*A subsidiary of MBNA America Bank, N.A.

Created by 10KWizard Technology   www.10KWizard.com

# Investor Relations

| | |
|---|---|
| Overview | **Financial Releases** |
| Corporate Governance | |
| Stock Information | 📄 View printer-friendly version     << Back |
| **Financial Releases** | |
| 2006 Financial Releases | ## Bank of America Receives Federal Reserve Approval for MBNA Merger |
| 2005 Financial Releases | |
| 2004 Financial Releases | CHARLOTTE, Dec 15, 2005 /PRNewswire via COMTEX News Network/ -- Bank of America Corporation today received approval from the Board of Governors of the Federal Reserve System of its application to merge with MBNA Corporation. The merger is expected to close on Jan. 1, 2006. With today's action, Bank of America has received approval from all necessary regulatory organizations as well as overwhelming approval from MBNA shareholders. |
| 2003 Financial Releases | |
| Archived Releases | |
| Services for Shareholders | |
| Dividend History | |
| Annual Reports | (Logo: http://www.newscom.com/cgi-bin/prnh/20050720/CLW086LOGO-b ) |
| SEC Filings | |
| Call Reports | The merger will create the largest credit card issuer in the United States as measured by balances. The new Bank of America Card Services organization will have more than 40 million active U.S. accounts and nearly $140 billion in managed balances. Bank of America is already the leader in debit card transactions. |
| Investor Fact Book | |
| Webcasts | |
| Presentations | |
| Analyst Coverage | |
| Earnings Estimates | "We are excited about how the combination of MBNA and Bank of America will benefit our customers and investors," said Ken Lewis, chairman and CEO of Bank of America. "We look forward to integrating MBNA's world-class sales, marketing and innovation capabilities with Bank of America's scale, distribution channels and low cost structure." |
| Fundamentals | |
| Ownership Summary | |
| Online Investor Kit | |
| E-mail Alerts | |
| Anti-Money Laundering Policy | "MBNA's marketing and product development capabilities are significant," Lewis continued. "They deliver innovative products to market faster than anyone in the industry. And selling is integrated into every process, such as customer service, collections and technology." |
| Patriot Act Certification | |
| Newsroom | |



# National Information Center
## Financial Data and Institution Characteristics Collected by the Federal Reserve System

### MBNA AMERICA BANK, NATIONAL ASSOCIATION
1100 NORTH KING STREET
WILMINGTON, DE, UNITED STATES 19801

Institution Type: National Bank
Primary Federal Regulator: OCC
RSSD ID: 1830035
Routing Transit Number (RTN): 031100160
Activity: COMMERCIAL BANKING
Parent (Top Holder): BANK OF AMERICA CORPORATION

Insurance: FDIC/BIF
FDIC Certificate #: 33318

### Institution Structure Information

Organization Hierarchy
Institutions Bought By MBNA AMERICA BANK, NATIONAL ASSOCIATION
Institution History
Branch Locator

### Financial Data

This site does not provide financial data for this institution. Please visit the FDIC's site for financial data.

NIC Home | FAQ | Help | Contact Us

Exhibit C
Page 1 of 1

TIMOTHY J. YOO, (State Bar No. 155531)
1888 Century Park East
Suite #1500
Los Angeles, CA 90067
(310) 277-7400

Chapter 7 Trustee


FILED
MAR 1 4 2007
CLERK U.S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re

RONALD C SMITH,

        Debtor(s)

CASE NO. LA 03-14548-EC

CHAPTER 7

NOTICE OF UNCLAIMED DIVIDENDS
(FRBP 3011)

**TO: CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto, Check No. 1015, in the sum of $5,099.27, representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: March 13, 2007

                                      TIMOTHY J. YOO

Smith/17643.001/uncl.div.doc

| NO. | CLAIMANT | | AMOUNT | DIVIDEND |
|---|---|---|---|---|
| 3 | MBNA AMERICA BANK NA<br>PO BOX 15168 MS 1423<br>WILMINGTON, DE 19850 | Sent | $10,544.34 | $5,099.27 |